**STATE of Missouri, Respondent,**

**v.**

**Lori DONAHUE, Appellant.**

**No. WD 35671.**

Missouri Court of Appeals,
Western District.

Nov. 13, 1984.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SOMERVILLE and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of two counts of first degree robbery pursuant to Section 569.020 RSMo 1978, and concurrent sentences of twelve years.

Judgment affirmed. Rule 30.25(b).